**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| BRIAN L MILLER, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendants. | Civil Action No. 8:12-cv-03582-AW |

## **SETTLEMENT ORDER**

This Court has been advised by Plaintiff and Defendant HSBC Bank USA, N.A. (HSBC) that the above action has been settled between said Parties, including all counterclaims, cross-claims, and third-party claims, if any. Accordingly, pursuant to Local Rule 111, IT IS this **23rd day of July, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED** that:

This action is hereby dismissed and each aforementioned Party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the said Parties in accordance with their agreement. The entry of this Order is *without prejudice* to the right of either aforementioned Party to move for good cause within **60 days** to reopen this action if settlement is not consummated. If neither Party moves to reopen, the dismissal shall be *with prejudice*.

IT IS FURTHER **ORDERED**:

1. That the Clerk of the Court **TERMINATE** Defendant HSBC; AND

2.     That the Clerk of the Court transmit a copy of this Order to all counsel of record.

|  July 23, 2013  |  /s/  |
|---|---|
|  Date  |  Alexander Williams, Jr.<br>United States District Judge  |